DOCTOR'S HOSPITAL, INC., Judgment Creditor, Appellant, v. IRVING KAHAL, Judgment Debtor, Respondent.

Supreme Court, Appellate Term, First Department, November 28, 1934.

*Becker & Leibowitz [Benjamin Leibowitz of counsel], for the appellant.

*Benjamin Shiverts*, for the respondent.

PER CURIAM. Orders (155 Misc. 126), affirmed, with ten dollars costs and disbursements.

Present — LYDON, HAMMER and SHIENTAG, JJ.